```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/18/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AKEN GONQUEH, *on behalf of himself and all others similarly situated*,

                             Plaintiff,

-v -

LEROS POINT TO POINT, INC., LEROS MANGEMENT, INC., JOHN NYIKOS, JEFFREY NYIKOS, and CHRISTOPHER NYIKOS,

                             Defendants.
-------------------------------------------------------------- X

1:14-cv-5883-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       The Court has received Plaintiff's motion for preliminary approval of settlement, conditional certification of the settlement class, appointment of Plaintiff's counsel as class counsel, and approval of Plaintiff's proposed notice of settlement and class action settlement procedure. Dkt. No. 41. Plaintiff has not provided the Court with any numerical figures, such as the estimated average settlement amount available to each collective member, that would allow the Court to make an initial assessment of "the range of reasonableness of the settlement fund in light of the best possible recovery." *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 463 (2d Cir. 1974) *abrogated by Goldberger v. Integrated Res., Inc.*, 209 F.3d 43 (2d Cir. 2000). Plaintiff is ordered to file supplemental materials that would allow the Court to make such an initial assessment no later than **August 25, 2015**. The Court will hold a teleconference on **August 28, 2015** at **10:00 a.m.** to discuss Plaintiff's motion. Plaintiff is directed to establish a dial-in number for the teleconference, circulate the dial-in information to Defendants, and call Chambers with the dial-in information prior to the teleconference.

       SO ORDERED.

Dated: August 17, 2015
New York, New York

                                                  GREGORY H. WOODS
                                               United States District Judge