IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKEN GONQUEH, on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br> -against-<br><br>LEROS POINT TO POINT, INC., LEROS MANAGEMENT, INC., JOHN NYIKOS, JEFFREY NYIKOS, and CHRISTOPHER NYIKOS,<br><br>    **Defendants.** | No. 14 Civ. 5883 (GHW) (GWG) |

**NOTICE OF PLAINTIFF'S MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

  For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Final Approval of Class Action Settlement ("Motion for Final Approval") and in the Declaration of Brian S. Schaffer in Support of Plaintiff's Motion for Final Approval (the "Schaffer Declaration"), Plaintiff respectfully requests that the Court enter an Order:

  (1) granting final approval of the Settlement Agreement and Release ("Settlement Agreement"), attached as Exhibit A to the Schaffer Declaration;

  (2) certifying the following settlement class under Federal Rule of Civil Procedure 23(a) and (b)(3) for purposes of effectuating the settlement:

> All persons who work or have worked at Leros Point to Point, Inc. and/or Leros Management, Inc. ("Leros") as full time, black car, W2 chauffeurs in New York between July 30, 2008 and June 1, 2015.

  (3) issuing final approval of the FLSA settlement;

  (4) approving service awards to Aken Gonqueh, Randal Pastor, and Hans Wolff as outlined in the Settlement Agreement;

  (5) awarding Class Counsel's attorneys' fees and costs, as outlined in the Settlement

- 2 -

Agreement;

    (6)    approving Plaintiff's proposed final settlement procedure; and

    (7)    granting such other, further, or different relief as the Court deems just and proper.

Dated: New York, New York
February 2, 2016

Respectfully submitted,

/s/ Brian S. Schaffer
Brian S. Schaffer

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Frank J. Mazzaferro
Arsenio D. Rodriguez
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

*Attorneys for Plaintiff and the Class*